United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER VALLEY PARTNERS, LLC; JAMES D. CHRISTIANSON; JAMES D. CHRISTIANSON LIVING TRUST; STERLING PARTNERS, LLC; CHRISTIANSON FAMILY, LLC; SILVER VALLEY EAGLES, LLC; and NONSTOP REVENUE, LLC, | No. C 07-80136-MISC JSW |
| Plaintiffs, | **ORDER OF REFERRAL** |
| v. | |
| RAY DE MOTTE; STERLING MINING COMPANY; ART AND CAROL STEPHAN; and SPRING CREEK PROPERTIES, LLC, | |
| Defendants. | |

Pursuant to Local Rule 72-1, the motion to partially quash subpoena to non-party witness Tom Szabo and all other discovery disputes in this matter are HEREBY REFERRED to a randomly assigned magistrate judge for resolution. The parties will be advised of the date, time and place of appearance by notice from the assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: May 31, 2007

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc: Wings Hom