United States District Court
For the Northern District of California

1

2

3

4

5

6          IN THE UNITED STATES DISTRICT COURT

7

8          FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   SILVER VALLEY PARTNERS, LLC;
    JAMES D. CHRISTIANSON; JAMES D.
10  CHRISTIANSON LIVING TRUST;                No. C 07-80136-MISC JSW
    STERLING PARTNERS, LLC;
11  CHRISTIANSON FAMILY, LLC; SILVER
    VALLEY EAGLES, LLC; and NONSTOP
12  REVENUE, LLC,                             **ORDER OF REFERRAL**

13          Plaintiffs,

14      v.

15  RAY DE MOTTE; STERLING MINING
    COMPANY; ART AND CAROL STEPHAN;
16  and SPRING CREEK PROPERTIES, LLC,

17          Defendants.
                                        /
18

19          Pursuant to Local Rule 72-1, the motion to partially quash subpoena to non-party

20  witness Tom Szabo and all other discovery disputes in this matter are HEREBY REFERRED to

21  a randomly assigned magistrate judge for resolution.  The parties will be advised of the date,

22  time and place of appearance by notice from the assigned magistrate judge.

23

24          **IT IS SO ORDERED.**

25

26  Dated:  May 31, 2007                    _____
                                            JEFFREY S. WHITE
27                                          UNITED STATES DISTRICT JUDGE

28

    cc: Wings Hom