**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVER VALLEY PARTNERS, LLC., et al., | No. C07-80136-MISC JSW |
| Plaintiffs, | |
| v. | **CLERK'S NOTICE** |
| RAY DE MOTTE, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on PLAINTIFFS' MOTION TO PARTIALLY QUASH SUBPOENA TO NON-PARTY WITNESS TOM SZABO is set for **8/1/07 at 10:30 a.m.** before Magistrate Judge Edward M. Chen, in Courtroom C, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. Opposition shall be filed by 7/11/07. Reply shall be filed by 7/18/07.

Dated: June 15, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Betty Fong
Courtroom Deputy