Stephen F. English, admitted *pro hac vice* in District of Idaho
steve.english@bullivant.com
Todd A. Mitchell, admitted *pro hac vice* in District of Idaho
todd.mitchell@bullivant.com
David R. Foster, admitted *pro hac vice* in District of Idaho
david.foster@bullivant.com
BULLIVANT HOUSER BAILEY PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660
Telephone: 360.693.2424
Facsimile: 360.695.8504

Judith A. Whitehouse, SBN 198176
judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVER VALLEY PARTNERS, LLC, et al., <br><br> Plaintiffs, <br> vs. <br><br> RAY DE MOTTE, et al., <br><br> Defendants. | Case No.: C07-80136-MISC JSW <br><br> **NOTICE OF WITHDRAWAL OF MOTION TO PARTIALLY QUASH SUBPOENA TO NON-PARTY WITNESS TOM SZABO** <br><br> Date: August 1, 2007 <br> Time: 10:30 a.m. <br> Courtroom: C |

6081778.1

– 1 –

NOTICE OF WITHDRAWAL OF MOTION TO PARTIALLY QUASH SUBPOENA TO NON-PARTY WITNESS TOM SZABO – Case No. C07-80136-MISC JSW

– 2 –

Notice is given that Silver Valley Partners, LLC hereby withdraws its motion for an Order partially quashing the Subpoena of nonparty Tom Szabo.

DATED: June 25, 2007

                            BULLIVANT HOUSER BAILEY PC

                            By _____
                                Stephen F. English
                                Todd A. Mitchell
                                David R. Foster
                                Judith A. Whitehouse

                                Attorneys for Plaintiffs

                                * * * * *

6081778.1

NOTICE OF WITHDRAWAL OF MOTION TO PARTIALLY QUASH SUBPOENA TO NON-PARTY WITNESS TOM SZABO – Case No. C07-80136-MISC JSW