Stephen F. English, admitted *pro hac vice* in District of Idaho
steve.english@bullivant.com
Todd A. Mitchell, admitted *pro hac vice* in District of Idaho
todd.mitchell@bullivant.com
David R. Foster, admitted *pro hac vice* in District of Idaho
david.foster@bullivant.com
BULLIVANT HOUSER BAILEY PC
805 Broadway Street, Suite 400
Vancouver, Washington 98660
Telephone: 360.693.2424
Facsimile: 360.695.8504

Judith A. Whitehouse, SBN 198176
judith.whitehouse@bullivant.com
BULLIVANT HOUSER BAILEY PC
601 California Street, Suite 1800
San Francisco, California 94108
Telephone: 415.352.2700
Facsimile: 415.352.2701

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SILVER VALLEY PARTNERS, LLC, et al.,<br>Plaintiffs,<br>vs.<br>RAY DE MOTTE, et al.,<br>Defendants. | Case No.: C07-80136-MISC JSW<br><br>**PROOF OF SERVICE** |

I am employed in the City and County of San Francisco by the law firm of Bullivant Houser Bailey PC ("the business"), 601 California Street, Suite 1800, San Francisco, CA 94108. I am over the age of 18 and not a party to this action. On June 25, 2007, I served the document(s) entitled:

1. **CLERK'S NOTICE RE: INCLUSION OF CASE INTO E-FILING PROGRAM**
2. **ORDER OF REFERRAL**
3. **CASE REFERRED TO MAGISTRATE JUDGE EDWARD M. CHEN FOR DISCOVERY**

4. **NOTICE OF REFERENCE AND ORDER RE DISCOVERY PROCEDURES**
5. **CLERK'S NOTICE RE: MOTION HEARING RESET FOR 8/1/2007**
6. **NOTICE OF WITHDRAWAL OF MOTION TO PARTIALLY QUASH SUBPOENA TO NON-PARTY WITNESS TOM SZABO**
7. **PROOF OF SERVICE BY MAIL**

upon the following parties:

Michael J. Hines
mhines@lukins.com
Eugene I. Annis
gannis@lukins.com
mobrien@lukins.com
Lukins & Annis, PS
717 W Sprague Ave., Ste. 1600
Spokane, WA 99201

Attorneys for Defendants
SPRING CREEK PROPERTIES, LLC, CAROL and ART STEPHAN and Non-Party WHITEDELF MINING and DEVELOPMENT COMPANY

Laurel H. Siddoway
lhs@randanco.com
jlc@randanco.com
Randall & Danskin, PS
601 Riverside, Ste. 1500
Spokane, WA 99201-0653

Attorneys for Defendant
RAY DE MOTTE

Ralph E. Cromwell, Jr.
rcromwell@byrneskeller.com
Keith D. Petrak
kpetrak@byrneskeller.com
Steven C. Minson
Andre V. Egle
Byrnes & Keller
1000 Second Ave., 38th Fl.
Seattle, WA 98104

Paul L. Westberg
lwstbrg@cableone.net
Westberg McCabe & Collins
PO Box 2836
Boise, ID 83701

Attorneys for Defendant
STERLING MINING COMPANY

(X) BY MAIL (CCP § 1013a): I am readily familiar with the ordinary practice of the business with respect to the collection and processing of correspondence for mailing with the United States Postal Service. I placed true and correct copies of the above-titled document(s) in envelopes addressed as above, with first class postage thereon fully prepaid. I sealed the aforesaid envelopes and placed them for collection and mailing by

the United States Postal Service in accordance with the ordinary practice of the business. Correspondence so placed is ordinarily deposited by the business with the United States Postal Service on the same day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2007, at San Francisco, California.

Daisy I. Broyles

*****